IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARBARA A. SCHAEFER,       :     No. 1:24cv649
              Plaintiff     :
                         :     (Judge Munley)
       v.                :
                         :     (Magistrate Judge Latella)
COMMISSIONER OF SOCIAL    :
SECURITY,                  :
            Defendant    :

......................................................................................................................

## ORDER

**AND NOW**, to wit, this _____ day of December 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Plaintiff's objections, (Doc. 17), to Magistrate Judge Leo A. Latella's Report and Recommendation ("R&R") are **OVERRULED**;

2) The R&R, (Doc. 16), is **ADOPTED**;

3) Plaintiff's request for remand of the administrative decision by the Commissioner of the Social Security Administration[1] for a further hearing, (see Doc. 1), is **DENIED**;

4) The Commissioner's final decision denying plaintiff's application for Social Security Disability benefits is **AFFIRMED**;

---

[1] Pursuant to the Federal Rules of Civil Procedure, Frank Bisignano, Acting Commissioner of the Social Security Administration, is automatically substituted as defendant in this suit. See FED. R. CIV. P. 25(d).

5) The Clerk of Court is directed to enter judgment in favor of the
   Commissioner and against the plaintiff; and

6) The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court

2